UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GABRIELE SIDER,** | : | **CASE NO.:** |
| Plaintiff | : | |
| **VERSUS** | : | **JUDGE:** |
| **JEFFERSON PARISH HOSPITAL SERVICE DISTRICT NO. 2,** | : | **MAG. JUDGE:** |
| Defendant | : | |

**COMPLAINT AND DEMAND FOR JURY**

**INTRODUCTION**

The Plaintiff, GABRIELLE SIDER, by and through her attorneys, allege, upon information and belief, the following:

1.  This is a civil action brought by the Plaintiff for damages sustained by the Plaintiff, GABRIELLE SIDER, (hereinafter referred to as "Plaintiff"), as the direct and proximate result of the wrongful conduct of the Defendant, JEFFERSON PARISH HOSPITAL SERVICE DISTRICT NO. 2, (hereinafter referred to as "Defendant" or "EAST JEFFERSON"), in connection with the Defendant's violation of his civil right to be free from employment discrimination on the basis of retaliation.

**JURISDICTION AND VENUE**

2. Both Jurisdiction and venue are proper in the Eastern District of Louisiana.

3. This Court has Original Jurisdiction over this action Pursuant to 28 U.S.C. §§ 1331 and 1343 as this case arises under federal law, specifically, Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*.

4. Venue, pursuant to 28 U.S.C. § 1391, is proper because the unlawful acts giving rise to the Plaintiff's claims occurred in this district. The Defendant conducts or has conducted business activity in Jefferson Parish, State of Louisiana

## PARTIES

5. The plaintiff, GABRIELLE SIDER, is over the age of majority, and is a citizen and resident of Parish of Orleans, State of Louisiana.

6. The defendant, JEFFERSON PARISH HOSPITAL SERVICE DISTRICT NO. 2 is a political subdivision of the Parish of Jefferson, State of Louisiana, and conducts or has conducted business activity in Jefferson Parish, State of Louisiana.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

8. Plaintiff has exhausted her administrative remedies. She filed timely administrative charges of discrimination against East Jefferson with the U.S. Employment Opportunity Commission (EEOC) and the Louisiana Commission on Human Rights (LCHR).

9. The EEOC issued a Notice to Sue letter on September 5, 2017.

## FACTUAL BACKGROUND

10. Plaintiff began her tenure with East Jefferson in February 2016 as a medical assistant.

11. In or around May 2016, Plaintiff requested a pay increase due to her reaching full-time employee status.

12. Although repeatedly requested, and said request acknowledged by Plaintiff's supervisor, Sabrina Johnson, no formal action was taken to provide Plaintiff with the full-time employee pay rate.

13. From September 2016 through June 2017, the Defendant created a hostile work environment for the Plaintiff and harassed her when it created a rift between Plaintiff and co-workers, lodged unjustified write-ups, denied Plaintiff applicable pay, and forced plaintiff to undertake responsibilities of other co-workers.

14. Consequently, in June 2017, the Plaintiff filed a formal complaint against the defendant with its compliance hot line about the aforementioned issues.

15. The next day, the Defendant fired the Plaintiff.

22. As a proximate result of the Defendant's discriminatory actions, Plaintiff has suffered losses in compensation, earning capacity, humiliation, mental anguish, and emotional distress. As a result of those actions and consequent harms, Plaintiff has suffered such damages in an amount to be proved at trial

23. The Defendant's actions were intentional, willful, malicious and/or done with reckless disregard for Plaintiff's rights

### COUNT I
**(Unlawful Discrimination and Harassment on the Basis of retaliation in Violation of Title VII)**

24. The Plaintiff re-alleges and incorporates by reference herein the preceding complaint as though fully set forth therein.

25. Defendant's conduct as herein alleged violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. that makes unlawful discrimination against employees on the basis of retaliation.

26. Defendant discriminated against Plaintiff in violation of Title VII when it

unjustifiably discharged the Plaintiff after she engaged in a protected activity of filing a formal complaint against the defendant.

27. Moreover, the Defendant created a hostile work environment for the Plaintiff and harassed her when it created a rift between Plaintiff and co-workers, lodged unjustified write-ups, denied Plaintiff applicable pay, and forced plaintiff to undertake responsibilities of other co-workers.

28. As a proximate result of the Defendant's discriminatory actions, Plaintiff has suffered losses in compensation, earning capacity, humiliation, mental anguish, and emotional distress. As a result of those actions and consequent harms, Plaintiff has suffered such damages in an amount to be proved at trial

29. The Defendant's actions were intentional, willful, malicious and/or done with reckless disregard for Plaintiff's rights.

30. Plaintiff requests relief as described in the Prayer for relief below.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against the Defendants, in an amount of which will compensate him for:

a. Violation of his rights under Title VII of the Civil Rights Act of 1964;

b. Compensatory damages including lost wages, past and future and/or impairment of power to earn money, mental anguish, emotional distress and humiliation;

c. Awarding pre-judgment and post judgment interest to the Plaintiff;

d. Trial by jury on all issues so triable;

e. Awarding the costs and the expenses of this litigation of the Plaintiff;

f. Awarding reasonable attorneys' fees and costs to the Plaintiff as provided by law;

g. Punitive damages to punish the Defendant for its willful, wanton, oppressive,

malicious, and/or grossly negligent conduct; and

h. Granting all such other relief as Court deems necessary, just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all claims so tried in this action.

                Respectfully submitted,

                /s/ DASHAWN HAYES
                _____
                DaShawn Hayes, #34204
                The Hayes Law Firm, PLC
                1100 Poydras St., Ste 1530
                New Orleans, LA 70163
                Phone: 504-799-0374
                Fax: 504-799-0375
                Attorney for Plaintiff

WAIVER OF SERVICE REQUESTED