UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GABRIELLE SIDER                                          CIVIL ACTION

VERSUS                                                        NO. 17-14527

JEFFERSON PARISH HOSPITAL                    SECTION "R" (3)
SERVICE DISTRICT NO. 2

## JUDGMENT

Considering the Court's order on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff's

complaint is DISMISSED WITH PREJUDICE for failure to state a claim.


New Orleans, Louisiana, this ___15th___ day of May, 2018.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE